# EXHIBIT 4

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

**Analysis of Infringement of U.S. Patent No. 12,133,429**

Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd. ("CSOSDT") provides this preliminary and exemplary infringement analysis with respect to at least claim 1 of U.S. Patent No. 12,133,429 (the "'429 patent") entitled "Display Panel and Display Device."  The following chart illustrates an exemplary analysis regarding infringement by Defendants (as defined in the Complaint) by making, using, selling, and/or offering to sell in the United States, or imported into the United States, the '429 Accused Products (as defined in the Complaint) that are or were manufactured, fabricated and/or assembled using Accused OLED Display Panels (as defined in the Complaint).

The analysis set forth below is based only upon information from publicly available resources regarding the '429 Accused Products, as Defendants have not yet provided any non-public information.

Unless otherwise noted, CSOSDT contends that Defendants directly infringe the '429 patent in violation of 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, by, among other things, making, using, selling, offering to sell in, and/or importing into the United States, without authority or license, products that infringe at least claim 1 of the '429 patent.  Specifically, Defendant Samsung Display has committed acts of direct infringement under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or importing OLED display panels and modules that infringe at least claim 1 of the '429 patent, including the Accused OLED Display Panels.  Similarly, Defendants Walmart and Best Buy have committed acts of direct infringement under 35 U.S.C. § 271(a) by selling, offering to sell, and/or importing consumer electronics devices that incorporate and/or use the Accused OLED Display Panels. The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, CSOSDT further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.  In particular Defendant Samsung Display has induced and continues to induce others to infringe at least claim 1 of the '429 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Defendant Samsung Display's new, current, and prospective users, partners, customers and other third parties (including Defendants Walmart and Best Buy), whose use of the '429 Accused Products constitutes direct infringement of at least claim 1 of the '429 patent.

Unless otherwise noted, CSOSDT believes and contends that each element of claim 1 is literally met through Defendants' making, using, selling, offering for sale, or importation of the Accused OLED Display Panels and/or the '429 Accused Products. However, to the extent that Defendants attempt to allege that any asserted claim element is not literally met, CSOSDT believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the

## WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS

Accused OLED Display Panels and/or the '429 Accused Products, CSOSDT did not identify any substantial differences between the elements of claim 1 and the corresponding features of the Accused OLED Display Panels and/or the '429 Accused Products, as set forth herein.  In each instance, the identified feature of the Accused OLED Display Panels and/or the '429 Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused OLED Display Panels and/or the '429 Accused Products, CSOSDT asserts that, on information and belief, any similarly functioning instrumentalities, functionalities, and/or structures also infringe the charted claim.  CSOSDT reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by any Defendant.  CSOSDT also reserves the right to amend this infringement analysis by citing other claims of the '429 patent not listed in the below chart that are also infringed by the Accused OLED Display Panels and/or the '429 Accused Products.  CSOSDT further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying any content in each chart.

CSOSDT notes that the present claim chart and analysis are necessarily preliminary in that CSOSDT has not obtained substantial discovery from Defendants nor have Defendants disclosed any detailed analysis for its non-infringement positions, if any.  Further, CSOSDT does not have the benefit of claim construction or expert discovery.  CSOSDT reserves the right to supplement and/or amend the positions taken and/or evidence cited in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by CSOSDT, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

2

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

| Claim 1 | Infringement by the Accused OLED Display Panels and/or the '429 Accused Products |
|---|---|
| [1pre] A display panel, comprising a display region and a non-display region disposed on at least one side of the display region, wherein the display panel comprises: | To the extent the preamble is found to be a limitation, as discussed below, the Accused OLED Display Panels of the '429 Accused Products include a display panel that comprises a display region and a non-display region disposed on at least one side of the display region.<br><br>As an initial matter, CSOSDT notes that this claim chart properly demonstrates how the representative Google Pixel 9 Pro XL satisfies each limitation of claim 1 of the '429 patent. To the extent the evidentiary references in this chart identify particular versions, configurations, or submodels of Google Pixel 9 Pro XL, those references are intended to cover the Pixel 9 Pro XL product family line as a whole. Unless expressly stated otherwise, CSOSDT contends that each such version, configuration, or submodel within the Pixel 9 Pro XL family performs each limitation of claim 1. Similarly, where this chart does not identify a specific Pixel 9 Pro XL variant, CSOSDT incorporates by reference all versions within the Pixel 9 Pro XL family line as accused, to the extent they share the same relevant display panel architecture.<br><br>Based on the information currently available to CSOSDT, there is no factual basis to conclude that the Pixel 9 Pro XL display panel differs in any material way, for purposes of the asserted claim limitations, from the display panels used in other accused Pixel models. Publicly available technical specifications reflect that the Pixel 9 Pro XL and the Pixel 10 Pro XL use the same display size, the same resolution, the same LTPO OLED technology class, and the same variable refresh range, with differences reported primarily in peak brightness rather than in the underlying display panel architecture. (See, e.g., Ex. 24, "Explore the specs for Pixel 9 Pro and Pixel 9 Pro XL," *available at* https://store.google.com/product/pixel_9_pro_specs?hl=en-US.)<br><br>Likewise, publicly available comparisons reflect that the Pixel 9 and Pixel 10 models share the same screen resolution and refresh rate specifications, supporting that the relevant display panel structures and functionalities are substantially similar across the accused models. (See, e.g., Ex. 32, "How Google's new Pixel 10 compares to the last-gen Pixel 9," *available at* https://www.theverge.com/tech/763600/google-pixel-9-vs-10-comparison-specs-price-features (Aug. 21, 2025).)<br><br>CSOSDT also relies on publicly available supplier evidence identifying Samsung Display as the OLED developer for at least Pixel 9 Pro XL generation devices. For example, Samsung Electronics Co., Ltd. interim disclosures describe Samsung Display research and development results that include developing |

3

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

| |
|---|
| OLED for Google Pixel 9 Pro XL.  (*See, e.g.*, Ex. 26 "Samsung Electronics Co., Ltd. 2024 Interim Business Report For the quarter ended September 30, 2024," *available at* https://images.samsung.com/is/content/samsung/assets/global/ir/docs/2024_3Q_Interim_Report.pdf ("OLED for Google Pixel 8 pro . . . OLED for Google Pixel 9proXL").)<br><br>In addition, industry reporting attributes the Pixel 9 series OLED panels to Samsung Display and describes the Pixel 9 line as using Samsung Display M14 class OLED panels, which supports CSOSDT's allegation that the Pixel 9 family shares a common display panel technology baseline.  (*See, e.g.*, Ex. 27, "Google Pixel 9 series reportedly uses the same display as iPhone 16 Pro," *available at* https://9to5google.com/2024/07/01/google-pixel-9-display-samsung-iphone-report/ (Jul. 1, 2024); *see also* Ex. 29, "Samsung Display to Supply New M14 OLED Displays to Google Pixel and Apple iPhones," *available at* https://www.etnews.com/20240628000294 (Jun. 30, 2024) (last accessed March 19, 2026) ("According to industry sources, Samsung Display will supply OLED panels using the M14 organic material set for the Google Pixel 9 series and two Apple iPhone 16 Pro models (Pro and Pro Max) . . . Samsung Display is reportedly supplying OLEDs made with the M14 material set for four models, including three Pixel 9 models.").<br><br>For example, according to technical analyses and supply chain reports, Google Pixel 10 uses the same underlying Samsung Display OLED hardware introduced in the Pixel 9.  Verified reports from Korean industry outlet ETNews and display analyst Ross Young (DSCC) confirmed that the Pixel 9 series was the first to market with Samsung's M14 material set.  (*See, e.g.*, Ex. 30, "Samsung Galaxy S25 Ultra's display may not be as good as the iPhone 16 Pro," *available at* https://www.androidpolice.com/galaxy-s25-ultra-m13/ (Oct. 25, 2024).)<br><br>Subsequent 2025 reviews from Droid Life (*see, e.g.,* Ex. 45 "Pixel 10 Review: It's a Pixel 9, But With Magnets," *available at* https://www.droid-life.com/2025/09/11/pixel-10-review-its-a-pixel-9-but-with-magnets/#:~:text=Hardware%3A%20What%20I%20said%20about,difference%20between%20the%20two%20phones (Sept. 11, 2025)); and Ex. 31, Android Central ("Google Pixel 10 vs. Pixel 9: Not an easy choice," *available at* https://www.androidcentral.com/phones/google-pixel/google-pixel-10-vs-pixel-9 (Jul. 2, 2025)) have corroborated that Google Pixel 10 retains the same 6.3-inch panel specifications—including the identical 1080 x 2424 resolution and LTPS backplane—while simply driving the peak brightness up to 3,000 nits (vs. 2,700 nits on the Pixel 9) through efficiency improvements rather than a new component generation. |

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

|  | Also, both Pixel 8 Pro and Pixel 9 Pro XL use OLED display panels with the same resolution (e.g., 1344 x 2992 OLED) and variable refresh (1-120 Hz).  Similarly, both Pixel 8 and Pixel 9 use OLED display panels with the same aspect ratio (20:9) and similar resolution (e.g., 1080 x 2424 OLED) and variable refresh (60-120 Hz).  Those similarities support an inference of materially similar smartphone OLED architecture (OLED class, refresh regime, aspect ratio class) between Pixel 8 and Pixel 9.  (*See, e.g.*, Ex. 33, "Which Pixel phone is right for you?," *available at* https://store.google.com/ca/magazine/compare_pixel?hl=en-GB&toggler0=Pixel+8&toggler1=Pixel+9&toggler2=Pixel+10 (last accessed March 19, 2026) (showing that Pixel 8, Pixel 9, and Pixel 10 all have the same size Actua display (6.2 inch/160 mm), same aspect ratio (20:9), similar resolution (1080x2400 and 1080x2424), same "Smooth Display" (60-120 Hz), same "HDR support," and same "Full 24-bit depth for 16 million colours"); *see also* Ex. 34, https://store.google.com/ca/magazine/compare_pixel?hl=en-GB&toggler0=Pixel+8+Pro&toggler1=Pixel+9+Pro&toggler2=Pixel+10+Pro (last accessed March 19, 2026) (showing that Pixel 8 Pro, Pixel 9 Pro, and Pixel 10 Pro all have the same aspect ratio (20:9), same "Smooth Display" (1-120 Hz), same "HDR support," and same "Full 24-bit depth for 16 million colours"); *see also* Ex. 35,  https://store.google.com/ca/magazine/compare_pixel?hl=en-GB&toggler0=Pixel+9&toggler1=Pixel+9+Pro&toggler2=Pixel+9+Pro+XL (last accessed March 19, 2026) (showing that Pixel 9, Pixel 9 Pro, and Pixel 9 Pro XL all have the same aspect ratio (20:9), same "Corning® Gorilla® Glass Victus® 2 cover glass," same "HDR support," and same "Full 24-bit depth for 16 million colours"); *see also* Ex. 36 https://store.google.com/ca/magazine/compare_pixel?hl=en-GB&toggler0=Pixel+10&toggler1=Pixel+10+Pro&toggler2=Pixel+10+Pro+XL (last accessed March 19, 2026) (showing that Pixel 10, Pixel 10 Pro, and Pixel 10 Pro XL all have the same aspect ratio (20:9), same "Corning® Gorilla® Glass Victus® 2 cover glass," same "2,000,000:1 contrast ratio," same "HDR support," and same "Full 24-bit depth for 16 million colours"); *see also* Ex. 37 https://store.google.com/ca/magazine/compare_pixel?hl=en-GB&toggler0=Pixel+8a&toggler1=Pixel+9a&toggler2=Pixel+9 (last accessed March 19, 2026) (showing that Pixel 8a, Pixel 9a, and Pixel 9 all have the same aspect ratio (20:9), same resolution (1080x2400), same "Smooth Display" (up to 120 Hz), same "HDR support," and same "Full 24-bit depth for 16 million colours").) |
|---|---|

5

WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT
ANALYSIS

| | |
|---|---|
| | The foregoing shared parameters strongly support an inference that the underlying display architecture (e.g., backplane class, variable refresh implementation, and overall OLED panel format, structure, and functionality) is materially similar, if not identical, across the '429 Accused Products.<br><br>Consequently, based on the information available to CSOSDT and absent contrary evidence within Defendants' control, CSOSDT contends that the '429 Accused Products all operate in a materially similar manner with respect to the elements of claim 1, and that the Pixel 9 Pro XL is a proper representative product for charting purposes.  CSOSDT has made a reasonable, good faith effort to identify and analyze the relevant display panel structures for the Pixel 9 Pro XL, and CSOSDT reasonably expects that materially similar panels are used across the remaining '429 Accused Products.  To the extent Defendants contend otherwise, CSOSDT will evaluate any product specific evidence produced in discovery and will supplement its contentions as appropriate.<br><br>Thus, for the purpose of this claim chart, Google Pixel 9 Pro XL is used as a representative product because its display panel provides the same structures and functionalities as the remaining the '429 Accused Products.<br><br>For example, the Google Pixel 9 Pro XL includes a display panel, as annotated below: |

# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**



display panel

Further, the display panel of Google Pixel 9 Pro XL comprises a display region and a non-display region disposed on at least one side of the display region, as annotated below:

8

# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**



| | |
|---|---|
| [1a] a substrate; | The Accused OLED Display Panels of the '429 Accused Products include a substrate. |
| | For example, the display panel of Google Pixel 9 Pro XL includes a substrate, as annotated below: |

10

# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



## WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



| | |
|---|---|
| [1b] a shielding layer located on the substrate, wherein the shielding layer comprises a plurality of shielding blocks and a converging wire electrically connected to the plurality of shielding blocks, and the converging wire is located on at least one side of the plurality of shielding blocks; | The Accused OLED Display Panels of the '429 Accused Products include a shielding layer located on the substrate, wherein the shielding layer comprises a plurality of shielding blocks and a converging wire electrically connected to the plurality of shielding blocks, and the converging wire is located on at least one side of the plurality of shielding blocks. For example, the display panel of Google Pixel 9 Pro XL includes a shielding layer (see below) located on the substrate (shown above), wherein the shielding layer comprises a plurality of shielding blocks and a converging wire electrically connected to the plurality of shielding blocks, and the converging wire is located on at least one side of the plurality of shielding blocks, as annotated below: |

13

WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT
ANALYSIS



# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**



WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS

| | |
|---|---|
|  | |
| [1c] a pixel driving circuit layer located | The Accused OLED Display Panels of the '429 Accused Products include a pixel driving circuit layer located on the shielding layer, wherein the pixel driving circuit layer comprises a plurality of pixel driving |

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

| | |
|---|---|
| on the shielding layer, wherein the pixel driving circuit layer comprises a plurality of pixel driving circuits located in the display region, each of the plurality of pixel driving circuits at least partially overlaps a corresponding one of the shielding blocks; and | circuits located in the display region, each of the plurality of pixel driving circuits at least partially overlaps a corresponding one of the shielding blocks.<br><br>For example, the display panel of Google Pixel 9 Pro XL includes a pixel driving circuit layer located on the shielding layer, as annotated below (exemplary only; not necessarily drawn to scale):<br><br> |

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

Further, the pixel driving circuit layer of the display panel of Google Pixel 9 Pro XL comprises a plurality of pixel driving circuits located in the display region, each of the plurality of pixel driving circuits at least partially overlaps a corresponding one of the shielding blocks, as annotated below (exemplary only; not necessarily drawn to scale):



By way of example, the following circuit schematic corresponds to a pixel driving circuit in a subpixel:

WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



pixel driving circuit

| [1d] a plurality of power supply lines disposed on a side of the shielding layer away from the substrate, wherein the plurality of power supply lines are electrically connected to the converging wire through a plurality of through holes; | The Accused OLED Display Panels of the '429 Accused Products include a plurality of power supply lines disposed on a side of the shielding layer away from the substrate, wherein the plurality of power supply lines are electrically connected to the converging wire through a plurality of through holes.<br><br>For example, the display panel of Google Pixel 9 Pro XL includes a plurality of power supply lines disposed on a side of the shielding layer away from the substrate, as annotated below (not necessarily drawn to scale): |
|---|---|

21

# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



# Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd.'s Infringement Analysis



# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS

Further, in the display panel of Google Pixel 9 Pro XL, the plurality of power supply lines are electrically connected to the converging wire through a plurality of through holes, as shown via the following EDS images:



**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

| [1e] wherein the converging wire between two adjacent ones of the plurality of through holes is disposed according to a shortest distance between the two adjacent through holes. | In the Accused OLED Display Panels of the '429 Accused Products, the converging wire between two adjacent ones of the plurality of through holes is disposed according to a shortest distance between the two adjacent through holes.<br><br>For example, in the display panel of Google Pixel 9 Pro XL, the converging wire between two adjacent ones of the plurality of through holes is disposed, for example, in a linear path in accordance with a shortest distance between the two adjacent through holes, as annotated below (exemplary only; not necessarily drawn to scale):<br><br><br><br>linear path |