# EXHIBIT 5

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

**Analysis of Infringement of U.S. Patent No. 11,957,031**

Wuhan China Star Optoelectronics Semiconductor Display Technology Co., Ltd. ("CSOSDT") provides this preliminary and exemplary infringement analysis with respect to at least claim 1 of U.S. Patent No. 11,957,031 (the "'031 patent") entitled "Display Panel and Display Device."  The following chart illustrates an exemplary analysis regarding infringement by Defendants (as defined in the Complaint) by making, using, selling, and/or offering to sell in the United States, or imported into the United States, the '031 Accused Products (as defined in the Complaint) that are or were manufactured, fabricated and/or assembled using Accused OLED Display Panels (as defined in the Complaint).

The analysis set forth below is based only upon information from publicly available resources regarding the '031 Accused Products, as Defendants have not yet provided any non-public information.

Unless otherwise noted, CSOSDT contends that Defendants directly infringe the '031 patent in violation of 35 U.S.C. § 271(a), literally and/or under the doctrine of equivalents, by, among other things, making, using, selling, offering to sell in, and/or importing into the United States, without authority or license, products that infringe at least claim 1 of the '031 patent.  Specifically, Defendant Samsung Display has committed acts of direct infringement under 35 U.S.C. § 271(a) by making, using, selling, offering to sell, and/or importing OLED display panels and modules that infringe at least claim 1 of the '031 patent, including the Accused OLED Display Panels.  Similarly, Defendants Walmart and Best Buy have committed acts of direct infringement under 35 U.S.C. § 271(a) by selling, offering to sell, and/or importing consumer electronics devices that incorporate and/or use the Accused OLED Display Panels.  The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, CSOSDT further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.  In particular Defendant Samsung Display has induced and continues to induce others to infringe at least claim 1 of the '031 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including but not limited to Defendant Samsung Display's new, current, and prospective users, partners, customers and other third parties (including Defendants Walmart and Best Buy), whose use of the '031 Accused Products constitutes direct infringement of at least claim 1 of the '031 patent.

Unless otherwise noted, CSOSDT believes and contends that each element of claim 1 is literally met through Defendants' making, using, selling, offering for sale, or importation of the Accused OLED Display Panels and/or the '031 Accused Products. However, to the extent that Defendants attempt to allege that any asserted claim element is not literally met, CSOSDT believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

Accused OLED Display Panels and/or the '031 Accused Products, CSOSDT did not identify any substantial differences between the elements of claim 1 and the corresponding features of the Accused OLED Display Panels and/or the '031 Accused Products, as set forth herein.  In each instance, the identified feature of the Accused OLED Display Panels and/or the '031 Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused OLED Display Panels and/or the '031 Accused Products, CSOSDT asserts that, on information and belief, any similarly functioning instrumentalities, functionalities, and/or structures also infringe the charted claim.  CSOSDT reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by any Defendant.  CSOSDT also reserves the right to amend this infringement analysis by citing other claims of the '031 patent not listed in the below chart that are also infringed by the Accused OLED Display Panels and/or the '031 Accused Products.  CSOSDT further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying any content in each chart.

CSOSDT notes that the present claim chart and analysis are necessarily preliminary in that CSOSDT has not obtained substantial discovery from Defendants nor have Defendants disclosed any detailed analysis for its non-infringement positions, if any.  Further, CSOSDT does not have the benefit of claim construction or expert discovery.  CSOSDT reserves the right to supplement and/or amend the positions taken and/or evidence cited in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by CSOSDT, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

2

# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS

| Claim 1 | Infringement by the Accused OLED Display Panels and/or the '031 Accused Products |
|---|---|
| [1pre] A display device, comprising: | To the extent the preamble is found to be a limitation, as discussed below, the Accused OLED Display Panels and/or the '031 Accused Products are display devices.<br><br>As an initial matter, CSOSDT notes that this claim chart properly demonstrates how the representative Google Pixel 10 Pro Fold satisfies each limitation of claim 1 of the '031 patent.  To the extent the evidentiary references in this chart identify particular versions, configurations, or submodels of the Google Pixel 10 Pro Fold, those references are intended to cover the Pixel 10 Pro Fold product family line as a whole.  Unless expressly stated otherwise, CSOSDT contends that each such version, configuration, or submodel within the Pixel 10 Pro Fold family performs each limitation of claim 1.  Similarly, where this chart does not identify a specific Pixel 10 Pro Fold variant, CSOSDT incorporates by reference all versions within the Pixel 10 Pro Fold family line as accused, to the extent they share the same relevant display panel architecture.<br><br>Based on the information currently available to CSOSDT, there is no factual basis to conclude that the Pixel 10 Pro Fold differs in any material way, for purposes of the asserted claim limitations, from other accused Pixel models.  Publicly available technical specifications reflect that the Pixel 9 model and the Pixel 10 model use the same display size, the same resolution, the same LTPO OLED technology class, and the same variable refresh range, with differences reported primarily in peak brightness rather than in the underlying display panel architecture.  (See, e.g., Ex. 24, "Explore the specs for Pixel 9 Pro and Pixel 9 Pro XL," available at https://store.google.com/product/pixel_9_pro_specs?hl=en-US (last accessed March 19, 2026).)<br><br>Likewise, publicly available comparisons reflect that the Pixel 9 and Pixel 10 models share the same screen resolution and refresh rate specifications, supporting that the relevant display panel structures and functionalities are substantially similar across the accused models.  (See, e.g., Ex. 32, "How Google's new Pixel 10 compares to the last-gen Pixel 9," available at https://www.theverge.com/tech/763600/google-pixel-9-vs-10-comparison-specs-price-features (Aug. 21, 2025) (last accessed March 19, 2026).)<br><br>Public specifications also support that the Pixel 9 Pro Fold and Pixel 10 Pro Fold use the same inner OLED display configuration and, at minimum, a materially identical inner panel architecture.  For example, Google describes the Pixel 9 Pro Fold inner display as an 8 inch Super Actua Flex display with a 2076 x 2152 OLED panel, Smooth Display variable refresh of 1 to 120 hertz, and ultra thin glass.  (See, e.g., Ex. 38, "Pixel 9 Pro Fold," available at https://fi.google.com/about/phones/pixel-9-pro-fold?srsltid=AfmBOopYj-uQrEi8DNAHCh2Gm- |

3

| |
|---|
| J48vrPULTjsAVwESs1APvIQH5QDw0y (last accessed March 19, 2026).)  Google similarly describes the Pixel 10 Pro Fold inner display as an 8 inch Super Actua Flex display with the same 2076 x 2152 OLED resolution at the same 373 pixels per inch, the same 1 to 120 hertz Smooth Display variable refresh, and ultra thin glass.  (*See, e.g.*, Ex. 39, "Pixel 10 Pro Fold," *available at* https://fi.google.com/about/phones/pixel-10-pro-fold-specs?srsltid=AfmBOoqkMflznjRuFQ89GLXJGHJeC9zPCD8eAjlGIpKVg1JdKplXIjBZ (last accessed March 19, 2026).)  Those identical size, resolution, pixels per inch, refresh regime, and construction attributes are consistent with the same core OLED panel architecture being carried forward from Pixel 9 Pro Fold to Pixel 10 Pro Fold, even if later revisions improve brightness and/or efficiency. <br><br> The genuine replacement parts ecosystem also reinforces the foregoing.  iFixit's listings for genuine inner screens describe both devices as using an 8 inch 2076 x 2152 inner display, and the Pixel 9 Pro Fold listing expressly identifies the inner display as LTPO.  (*See, e.g.*, Ex. 40, "Google Pixel 9 Pro Fold Inner Screen – Genuine," *available at* https://www.ifixit.com/products/google-pixel-9-pro-fold-inner-screen-genuine (last accessed March 19, 2026).)  While the genuine inner screen assemblies are sold under different part numbers, the matching core specifications strongly support that the OLED display panel structure and functionality are materially the same in all aspects relevant to the asserted claim elements for both Pixel 9 Pro Fold and Pixel 10 Pro Fold. <br><br> CSOSDT also relies on publicly available supplier evidence identifying Samsung Display as a supplier of foldable OLED panels for Google Pixel foldable devices.  For example, industry reporting has stated that Samsung Display would begin production of foldable OLED panels for Google.  (*See, e.g.*, Ex. 28, "Samsung Display to begin foldable OLED panel production for Google in October," *available at* https://www.thelec.net/news/articleView.html?idxno=2898 (Jun. 7, 2021) (last accessed March 19, 2026).)  In addition, market analyst reporting has attributed the Pixel 9 Pro Fold main foldable OLED display to Samsung Display.  (*See, e.g.*, Ex. 41, "Display Dynamics – August 2024: Google announced the Pixel 9 Pro Fold, equipped with the largest 8-inch foldable OLED display," *available at* https://omdia.tech.informa.com/om123466/display-dynamics--august-2024-google-announced-the-pixel-9-pro-fold-equipped-with-the-largest-8inch-foldable-oled-display (Aug. 22, 2024) (last accessed March 19, 2026).) <br><br> Further, publicly available technical specifications support that the foldable Pixel models share the same OLED display panel architecture in all material respects relevant to the asserted claim elements.  Google specifications describe the Pixel 9 Pro Fold inner folding display as an 8 inch Super Actua Flex display using a 2076 x 2152 OLED at 373 PPI with Smooth Display at 1 to 120 Hz and Ultra Thin Glass.  (*See, e.g.*, Ex. 42, Google Pixel 9 Pro Fold, |

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

| |
|---|
| *available at* https://fi.google.com/about/phones/pixel-9-pro-fold?srsltid=AfmBOooZHd_6tr8bYAD7K8st8MASeIfH4J6B4XfD8iaaIM5rSm-wh2_v. (last accessed March 19, 2026).)  Google specifications for the Pixel 10 Pro Fold describe the same inner folding display attributes, including an 8 inch Super Actua Flex display, 2076 x 2152 OLED at 373 PPI, Smooth Display at 1 to 120 Hz, and Ultra Thin Glass.  (*See, e.g.*, Ex. 43, Google Pixel 10 Pro Fold, *available at* https://fi.google.com/about/phones/pixel-10-pro-fold-specs?srsltid=AfmBOop1PHeAnT9VP2aEdCzFigckiZHEed5QMGx4JmIh9lYeqsWXtF_H. (last accessed March 19, 2026).)  Genuine replacement part listings likewise describe the Pixel 9 Pro Fold inner screen as an 8 inch 2076 x 2152 LTPO display and the Pixel 10 Pro Fold inner screen as an 8 inch 2076 x 2152 display, further supporting that the underlying panel structure and functionality are materially the same across these models.  (*See, e.g.*, Ex. 40, "Google Pixel 9 Pro Fold Inner Screen – Genuine," *available at* https://www.ifixit.com/products/google-pixel-9-pro-fold-inner-screen-genuine (last accessed March 19, 2026).)  A carrier specification page also lists matching inner screen specifications for Pixel 9 Pro Fold and Pixel 10 Pro Fold, reinforcing that the foldable OLED panel architecture is materially consistent across both devices.  (*See, e.g.*, Ex. 44, "Google Pixel 10 Pro Fold," *available at* https://www.verizon.com/smartphones/google-pixel-10-pro-fold/. (last accessed March 19, 2026).) <br><br> Thus, the foregoing shared parameters strongly support an inference that the underlying display architecture (e.g., backplane class, variable refresh implementation, and overall OLED panel format, structure, and functionality) is materially similar, if not identical, across the '031 Accused Products. <br><br> Consequently, based on the information available to CSOSDT and absent contrary evidence uniquely Defendants control, CSOSDT contends that the '031 Accused Products all operate in a materially similar manner with respect to the elements of claim 1, and that the Pixel 10 Pro Fold is a proper representative product for charting purposes.  CSOSDT has made a reasonable, good faith effort to identify and analyze the relevant display panel structures for the Pixel 10 Pro Fold, and CSOSDT reasonably expects that materially similar devices are used across the remaining '031 Accused Products.  To the extent Defendants contend otherwise, CSOSDT will evaluate any product specific evidence produced in discovery and will supplement its contentions as appropriate. <br><br> Thus, for the purpose of this claim chart, Google Pixel 10 Pro Fold is used as a representative product because the display device provides the same structures and functionalities as the remaining '031 Accused Products. |

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

| | |
|---|---|
| | For avoidance of doubt, the '031 Accused Products incorporating the Accused OLED Display Panels comprise display devices.<br><br>For example, Google Pixel 10 Pro Fold comprises a display device, as annotated below (exemplary only; not necessarily drawn to scale):<br><br> |

# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



| | |
|---|---|
| [1a] a flexible screen body comprising a planar area and a bending area connected to the planar area; | The Accused OLED Display Panels and/or the '031 Accused Products have a flexible screen body comprising a planar area and a bending area connected to the planar area.<br><br>For example, Google Pixel 10 Pro Fold has a flexible screen body comprising a planar area and a bending area connected to the planar area, as annotated below (exemplary only; not necessarily drawn to scale): |

# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS

| | |
|---|---|
| |  |
| [1b] a color filter disposed on the flexible screen body and at least covering the planar area; | The Accused OLED Display Panels and/or the '031 Accused Products have color filter disposed on the flexible screen body and at least covering the planar area.<br>For example, Google Pixel 10 Pro Fold has a color filter disposed on the flexible screen body and at least covering the planar area, as annotated below (exemplary only; not necessarily drawn to scale): |

# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS



| | |
|---|---|
| [1c] a protective layer disposed on the flexible screen body | The Accused OLED Display Panels and/or the '031 Accused Products have a protective layer disposed on the flexible screen body and at least covering a part of the bending area. |

9

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**

| | |
|---|---|
| and at least covering a part of the bending area; and | For example, Google Pixel 10 Pro Fold has a protective layer disposed on the flexible screen body and at least covering a part of the bending area, as annotated below (exemplary only; not necessarily drawn to scale):<br><br> |
| [1d] a coverplate disposed on the color filter and at least covering the planar area; | The Accused OLED Display Panels and/or the '031 Accused Products have a coverplate disposed on the color filter and at least covering the planar area.<br><br>For example, Google Pixel 10 Pro Fold has a coverplate disposed on the color filter and at least covering the planar area, as annotated below (exemplary only; not necessarily drawn to scale): |

**WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS**



| | |
|---|---|
| [1e] wherein in an overlapping area of the protective layer and the coverplate, a distance between the protective layer and the coverplate is greater than or equal | The Accused OLED Display Panels and/or the '031 Accused Products are display devices wherein in an overlapping area of the protective layer and the coverplate, a distance between the protective layer and the coverplate is greater than or equal to a default value, wherein the default value is greater than 0. <br><br> For example, Google Pixel 10 Pro Fold includes an overlapping area of the protective layer and the coverplate, a distance between the protective layer and the coverplate (e.g., denoted as "D1" below) is greater than or equal to a default value, wherein the default value is greater than 0, as annotated below (exemplary only; not necessarily drawn to scale): |

# WUHAN CHINA STAR OPTOELECTRONICS SEMICONDUCTOR DISPLAY TECHNOLOGY CO., LTD.'S INFRINGEMENT ANALYSIS

| | |
|---|---|
| to a default value, wherein the default value is greater than 0. |  |

12