# APPENDIX 1

**Appendix 1**

**Identification of Accused Products**

Samsung Display Co., Ltd. ("SDC") provides this preliminary and exemplary list of products accused of infringing U.S. Patent Nos. 8,810,745 ("the '745 Patent"), 9,311,842 ("the '842 Patent"), 9,310,657 ("the '657 Patent"), 9,606,406 ("the '406 Patent"), and 9,087,490 ("the '490 Patent") to the extent these products were sold, offered for sale, imported, or made in the United States in the six years before this lawsuit was filed.  SDC reserves the right to modify, expand, or reduce this list as discovery unfolds.

The following list identifies CSOT LCD displays by panel code or identifier that are accused of infringement and that, on information and belief, were made, used, sold, offered for sale, imported, or used in the United States in the six years before this lawsuit was filed, either as standalone products or as components of end consumer products (e.g., smartphones, TVs, desktop, laptops, or other products).

- **CSOT LCD displays:** MG1561B01-6, LD550EQE-FPA1, LD550EQE-FPA2, MG1561B01-1, MG2151B05-2, LD650EQE-FPA2, LD430EQE-FPA2, LD320EUY-SQA3, SG2151B05-2, LD550EGY-SSA1, MNF601BA1-1, LD750DGY-SRA2, SG4393S01-1, LD430EQY-SNA2, LD430EQE-FPA1, SG3763S01-1, MNF601EA1-1, LD750EQF-FRM2, LD650EGY-SSA2, LD860EQL-SPP1, SG2151B04-3, MNE007QS3-2, LD650EGY-SSA1, SG2701B01-A, MG1561B01-2, ST7461D03-2, MNE001BS1-1, LD750EQK-STA1, SG3151B06-2, ST6451D06-3, LD270EUY-SPN1, MNE001BS2-1, MNF601BA1-4, ST3151A05-8, ST3151A07-2, SG2381B01-1 Ver.2.E, MNE001EA1-1, ST4251B05-2, MNF601CA1-3, MNG007DA1-8, LD750DGN-FRH3, MNG007QS1-3, MNE001BS1-2, MNG007QS1-2, SG2381G01-3, MNC207QS1-1, SG2701B02-2, ST6451D02-F, ST5461D11-1, SG3151B05-8, MNE007ZA1-1, ST4251D01-7, ST5461D11-A, ST5461D12-5, MNE001BA1-1, MNG007DA1-9, MNF601BS1-1, MNE007QS3-1, MNG007QS1-1, MNF601BS1-2, MNE007ZA1-5, SG2381B02-2, MNE007QS1-2, MNG007QS4-1, ST7461D05-3, MNE507ZA1-1, SG215HB07-1, ST8461D01-1, ST2151B04-2, SG2381B01-5, SG2381B01-2 Ver.2.9, ST7461D01-6, MG2151B05-1, ST7461D02-8, MND007ZA1-2, ST5461D09-1, MNG007DA1-1, MNE007JA1-1, MNE007ZA1-3, ST5461D11-3, ST3151B07-1, LD230EKE-FPA1, MNG007DA1-J, MNG007DA1-G, MNG007JA1-4, SG2701G02-2, SNF601BS1-1, MNG007DA2-3, MNE208ZA2-1, ST6451D06-1, SG2701D01-4, MNG007QS4-3, MNG007QS4-2, MNB601LS1-1, MNF307QS1-1, MNE007QS2-1, PNC357DB1-4, MNG007ZA1-2, MNG007QA1-1, MNG007QX2-2, LC430EUJ-STA1, LD490EGY-SKM6, MHF601BS1-2, ST2151B01-1, MNG007DA4-1, ST4251D01-3, SG3402H01-1, SG2701B01-8, ST5461D12-4, ST6451D03-1, ST8461D01-2, SG2701G01-A, ST7461D02-A, ST5461D13-6, ST4251D01-B, MNG007DA1-2, MNG007DA1-3, ST5461D11-8, SG8561D01-4, ST5461D11-7, ST7461D04-1, MG1561B01-5, MNE007JA1-2, SG2701G02-7 Ver.6.1, MNE507HZ2-1, ST7461D03-1, SG2701B05-2, MNG007DA1-Q, MNE007ZA3-2, SG2451B03-3, SG2701G03-3 VH.6, SG2381G01-1VH.1, MNE001BA2-1, MNE007QS1-1, ST6451D08-5, PN8807DB1-1, MNG007DA5-2,

1

MNG007DA5-1, ST4251B01-1, ST5461B03-5, ST4251B03-2, ST6451D03-C, SG2381B02-1, ST4251D01-5, ST4251D01-6, SG8561D01-1, ST6451D02-E, ST5461D13-2, SG2701G01-1, SG2701G01-2, SG3151B05-9 Ver 2.2, ST7461D02-6, ST7461D01-A, ST7461D01-7, ST5461D11-4, SG2701B01-7 Ver.2.5, SG2381B01-4, SG2701B01-9, ST5461D11-6, ST6451D03-4, SG4251B03-3, MNG007DA1-6, ST7461D01-8, SG6451D02-3, MNE001EA1-4, ST6451D02-2, ST6451D03-F, ST6451D07-5, PPA957DB1-1, ST6451D02-C, ST7461D01-C, ST7461D04-2, MNG007DA1-A, ST5461D11-2, ST5461D16-1, MG1561B01-3, ST6451D07-2, SG2701G02-3, MNG007JA1-2, MNG007DA2-1, MNG007DA1-B, MAC300XA3-3, MAD200JB1-3, MNE507ZA2-1, MNE007ZA1-6, ST7461D02-M, ST6451D04-6, SNF601BS1-2, ST6451D07-C, ST8461D04-2, ST3151B07-2, SG2701D01-1, MNE007ZA1-4, MNG007ZA2-1, MHF601BS1-1, MNE007QS3-3, MG215HB07-1, MND408ZA1-3, MNH301CA3-1, SHF601EA1-1, SG2381B01-8, MNE007QS3-5, MNE507QS2-2, LC430EUY-STA1, MNG007ZA2-3, LD270EUY-SPN3, SG315AB06-A, SG2361B02-3 Ver.2.2, ST5461B05-2, ST5461D07-1, ST3151B01-1, ST4251B02-1, SG2701B01-2, MG2350S01-1, ST7461D01-1, SG2701B01-3, ST4251D01-2, ST4251B03-1, ST4251D01-4, ST6451D02-A, SG2701B01-4, ST7461D01-3, ST7461D02-5, ST5461D07-6, MG5461B01-1, ST6451D02-G, SG2701B01-D Ver.2.1, SG7461D01-1, ST7461D01-5, SG5461D11-1, ST6451D02-H, SG5461D11-3, ST5461D12-3, ST6451D03-3, SG5461D11-2, MND307DA1-2, ST7461D02-B, ST5461D12-6, SG3402H01-A, CPA957DB1-1, ST5461D09-3, MNE007ZA1-2, ST6451D03-2, MNF601EA1-3, MND301BA1-2, MNE001EA1-2, MNG007DA1-4, MNE001EA1-5, ST6451D03-6, ST7461D02-2, SG3151D02-1, ST5461D19-2, ST7461D01-D, SG1561B01-6, ST5461D11-9, ST5461D13-7, SG5461D10-1, ST6451D07-3, MNE208ZA1-3, ST7461D04-3, ST7461D02-3, ST7461D02-4, SG2451B01-3, PPC357DB1-5, ST6451D03-9, ST6451D03-B, MND301BA1-4, SG7461D02-3, SG8561D03-1, MNH300HB1-1, ST7461D04-4, MNG007DA1-, MNF601CA1-1, MNG007DA1-7, MNG007DA1-C, MNG007DA1-E, MNG007JA1-3, MNG007DA1-, ST6451E02-2, MG2151B05-3, ST6451D07-1, ST7461D02-K, ST4951D01-1, ST6451D07-A, MNF156BS1-2, ST6451D04-3, SG2701B05-1, ST3151A08-2, PAC801BB1-, ST5461E01-3, ST4251D02-1, MNG007QS2-1, ST7461D03-6, SG2701D01-3, ST5461D18-2, MNG007DA1-K, SG2381B02-6, CPA957DB2-, MAA250XB1-6, SG2701G04-1, ST6451D08-6, ST4951D01-2, SG4251B05-2, MNE007QS1-4, ST6451D06-6, MNG007DA6-2, ST5461D12-8, MND307DA1-C, MND508ZA1-, MNE007DA1-1, MNG007QX2-, MNG007DA6-1, MNF601BA1-, MNG007JA1-7, SG2701B08-1 Ver.7.1, MNE507DA1-1, ST6451D06-9, MNE007QS5-1, MNE007QS3-4, MNF601BA3-, SG3151G02-6, MG2381B01-2 Ver.2.1, SG3151D04-4, MNE507QS2-1, WM6520Z21-1, SG270AB02-, MZD301BB1-1, MZD301BB1-2, LC430EQC-STA1, SNF601BS1-4, MNG007DA5-, LD430EQQ-STA2, ST5461B03-1, ST5461B05-1, ST2751A01-8, ST5461B05-6, ST4851B01-1, ST5461B03-3, ST4851D03-3, ST5461B03-4, ST5461B07-2, ST2151B02-1, ST4851D03-4, ST4851B01-3, ST4851D03-1, ST5461D08-3, ST4851B01-5, ST4251D01-1, ST5461D12-2, ST3151A05-E, ST2151B03-1, SG3151B05-3, SG2701B01-6 Ver.0.1, SG2701B01-1, SG3151B05-6, ST5461D12-1, ST3151A07-3, MG2151B04-1, SG3151B05-4, SG6451D02-2, PG1130S01-, SG8561D01-2, ST8461D01-3, ST6451D02-3,

2

SG8561D02-1, MND307DA1-8, MNH301CA2-1, SG3402H01-, MND307DA1-4, MNF601EA1-4, MND307DA1-5, MND007ZA1-1, ST5461D13-5, SG3151G02-, ST8461D01-4, ST5461D19-3, ST5461D12-7, ST5461D13-3, ST3151A08-4, ST5461D11-B, ST3151B06-4, MNC357DB1-4, SG2361B02-2 Ver.2.4, ST5461D13-8, ST6451D03-, ST5461D10-4, MG5461B01-2, MNG007JA1-1, SG4903M02-3, SG2451B01-4, SG2151B04-4, SG2701G02-4, SG2701G02-1, SG3151G02-2, SG2381B01-6, PAF601BA1-1, SG3151G02-7, ST3151A07-5, ST5461D13-4, SG3402H03-1 Ver.6.A, MNG007JA1-6, SG1561B01-2, MND307JA1-2, MND307DA1-9, MNE208UA1-1, SNG007QS1-1, BM4501BA1-1, MAC300XA3-1, MAC300XL2-3, ST7461D04-9, SG8561D03-2, ST8461D03-1, ST7461D02-J, SG2451B03-1, MND301BA2-1, MNG007DA1-P, MNG007DA1-N, ST7461D02-C, ST9751D01-4, SG2151B06-1 Ver.2.2, MNF601EA1-7, MNF601EA1-6, MNF601EA1-8, ST6451E03-3, SG9751D01-1, SG2451B04-2, SG2151B09-1, ST7461D04-C, SG8561D03-3, SG3151D04-1, ST5461D18-1, ST8461D03-3, ST8461D04-4, MNG007DA1-M, MNE007QS1-3, ST5461D16-2, SG2381G01-2, ST5461D17-1, SG4251D02-1, ST5461D19-6, ST7461D04-7, ST7461D04-5, ST7461D05-4, ST5461D20-5, ST4951D02-1, SG2701G03-1 VH.1, SG2701B02-3, MNG007ZA1-1, PPE007ZB1-3, ST5461E01-2, ST7461D04-6, ST4251D02-3, SG2381B01-3, SG5461D18-1, SG3151G02-3, SG2451B01-2, SG2701B08-2 VH.1, SG4251D01-3, MG2151B05-4, PP8807DB1-1, SG2381B04-3 VH.2, SG3402H02-4, SG3402H03-4 Ver.6.1, ZGE661H01-1, SG2701D01-2, SG215HB07-2, MND307QS2-1, SG3151D03-3, PPC100HB1-1, PPE007ZB1-1, SG2381B04-1VH5, PG2701G03-1, SG2701G04-2 Ver 6.1, MNE007QA2-1, ST5461D13-B, LC320DXJ-SRA8, MNF307ZB1-1, SH2701D01-2, ST7461E03-3, SG3151D03-2, SG3151D03-1, ST846AD06-1, MNB601LS1-4, SG2701B04-1 Ver.6.1, SG2381B02-4 VH.1, LD430EQY-SRA3, SG245HB04-3 VH.1, MG2451B02-1, SG2701B08-4VH1, MG4601B01-2, MG5461B05-1, ST645AE03-5, SAF6001BB2-1, PAA100QB1-3, SG2701D02-1, SG2701G03-2 VH.4, MNG007DA5-4, SG3151D04-3, MNG007QA1-2, PAH307DB1-1, SG270HG05-1, MNE007QS2-4, MNE507ZA2-3, MNF307QS3-1, SG2381B01-1 Ver.6.5, LD238EU4-SUA1, MG2381B02-4, ST7461D03-7, ST6451D07-6, SG2701B01-7 Ver.2.1, MH215HB01-1, MH238HB01-1, PAC801BB3-4, SG2701G03-3 VH.1, SG2701G03-3 VH.3, SG3151B05-9 Ver.1.1, ST645AD08-C, MNF156BS3-2, MNF156BS3-1, MT3151A03-1, ST3151A04-1, MT3151A04-1, MT3651A01-1, MT4601B02-1, ST3151A03-1, ST3151A05-1, MT3151A05-1, MT3151A05-2, ST2751A01-1, ST2751A01-2, MT4601B02-2, MT2751A01-2, MT3151A02-1, MT2751A01-1, MTB001D01-1, ST2751A01-3, MT5461D01-1, ST4761B01-3, TT4761B01-3, TT4761B01-4, ST3151A05-5, ST3151A05-4, ST3151A04-3, ST4601B02-3, ST4601B02-2, ST2751A01-4, ST4601B02-1, ST5461B02-1, MT4761B01-1, ST2751A01-5, SG2701B08-1 VH.3, ST3151A04-2, ST5461B02-3, ST3151A04-5, MT5461D01-3, ST4761B01-1, MT4851D01-2, MT4851D01-1, MT4851D01-3, TT5461B02-4, TT5461D01-1, ST3651A01-1, TT4851D01-3, ST3151A05-6, ST5461D01-1, ST4761B01-5, ST3151A06-1, MT3151A04-4, MT3151A05-3, MT3151A05-4, MT3651A01-2, MT3651A01-3, MT4601B02-3, TT5461D01-3, ST4851D01-3, TT4851D01-2, ST2751A01-7, ST2751A02-1, ST4851D01-2, ST3151A04-7, ST4761B01-6, TT5461B02-3, MT2751A01-4, TT4761B01-1, TT4761B01-2, TT4851D01-4,

3

ST3151A04-9, ST3151A04-8, ST5461D02-2, ST2751A01-6, TT5461D01-4, ST3151A05-9, ST5461D02-1, ST4761B02-1, ST5461D04-2, MT5461D05-1, ST4761B01-7, ST5461D01-4, ST5461D05-1, TT5461D02-7, ST4851D01-4, ST5461D04-5, ST3151A05-C, ST5461B07-1, ST5461D02-7, CM546B1-002, CM520F1-001, ST5461D01-3, ST5461D04-3, ST5461D04-1, CM500B1-001, ST3151B01-2, ST5461D08-1, ST4851B02-1, ST5461B03-6, ST5461B06-1, ST5461D07-8, CM546B1-006, CM599J1-001, ST5461D04-4, MT5461D01-2, ST3151A05-A, ST4851B01-2, CM546B2-001, CM570X1-001, CM599J1-002, ST3151B04-1, SG3151B02-1, MG5461D02-1, CM599X1-001, ST6451D01-1, ST5461D10-1, CM6199LB1-1, CM6224LB1-1, ST5461D07-2, ST5461D08-4, ST5461D07-7, ST4851D04-3, ST5461D07-3, TT5461D02-3, CM546B1-005, CM6189MB1-1, ST4761B01-4, CM570X1-003, ST5461D07-5, ST5461D07-9, ST3151A05-F, ST2151B03-2, CM5992XB1-1, CM6264LA1-1, CM547X1-002, CM520B1-001, MG1130S01-1, SG3151B05-1, MG5461D08-1, MG2151B04-3, CM546B3-001, CM6090LA1-1, SG6451D02-1, MG4700S01-1, MG4251B03-1, SG5461B01-1, SG2350S01-1, CM6530MB2-1, CM6300MB2-1, CM6530JB3-1, CT3151A07-4, SG2151B05-1, ST2151B04-1, SG7461D02-2, SG245HB04-4VH1, CM6675JB2-1, ST5461D01-6, SG2381B01-1 Ver.2.3, ST5461D08-2, BM6530MB2-1, SG3151B05-A, CM6224LB1-6, SGA462S01-1, SG2381B01-2 Ver.2.5, CM6189MB1-6, BM5940LB1-2, CM6530MB2-2, ST9751D01-1, MNF601EA1-2, MG5461D11-3, ST5371D15-1, SG2361B02-3 Ver.2.9, SG5461B01-2, ST546AD20-D, ST4851D01-1, BM5992JB1-3, CM6525LB2-1, ST6451D03-5, SG3151B06-3, MND307DA1-3, SG3151B05-B, SG2361B02-1, SG2151B05-3, SG2151B05-6, BM6044LB1-2, SG2701B01-C, BM4731XB2-1, BM6675JB2-1, ST6451E02-1, ST6451D02-J, ST6451D02-5, ST5461D08-5, ST5461D10-5, ST6451D02-4, ST6451D03-D, MG4601B01-1, MG5461B04-1, ST9751D01-3, SG4251D01-1, BM5001AB1-3, ST9751D01-2, SG4903K01-1, BM4961AA1-4, SG5461B02-1, MNG007DA2-2, SG3402H01-H, ST6451D03-7, ST6451D08-2, MND888HA1-1, MND307DA1-A, ST7461E02-1, ST5461E01-1, BM5001AB1-2, ST9751D01-6, MAC300XB1-1, BM6189MB1-1, SG8561D05-1, ST7461D02-7, SG2701B05-6, CM6585JB3-1, BP8687LT1-1, MNF601EA1-5, BM6670LT1-1, SAF407DB1-1, BM6560LT1-1, SG7461D03-1, ST5461D21-1, WM6677Z25-2, BK2691AA1-1, ST5461D10-2, ST5461D20-C, SG6451D03-1, SG4903M01-1, SG4903M02-1, CM6725JB1-1, ST6451E03-1, ST5461D16-3, ST5461D20-1, ST6451D08-1, ST5461D19-1, ST5461D11-D, MND307DA1-B, MNG007ZA2-2, MNE208UA1-2, SAC300LS1-1, MNC357DB1-1, MNH301CA3-3, MNE007DA1-4, CPE007ZB1-1, ST9751D01-7, SG9751D01-2, STB451D01-1, ST5461D18-5, BK4451BA1-1, BNA100ZS1-1, BAA100AS1-1, BM4501BA1-2, BM3508ZA1-1, SAF601BA1-1, SG4951D02-1, ST9751D01-5, ST9751D01-8, SG2701G01-3, SG6451D02-4, PPC357DB1-1, MAC300XA3-B, ST8461D03-4, SG3402H02-2, MG3402H03-1, SG2151B08-1, CP840D1-001, SG3402H03-2 Ver.6.3, ZGF633R01-1, MNE507DA1-3, ST3151A07-A, MNE007QS2-3, SG2451B04-1, SG3151G02-5, MND007ZA1-3, MAC300LB2-8, ST425HB06-2, MNG007ZA1-4, MNG007DA1-L, ST425AD02-6, ST746AD05-C, PPB610UB1-X, ST8461D02-3, SHK001EA1-2, SG270AB04-5, ST846AD04-, MNB601LS1-3, SAC901BB2-9, SG2381B02-5, SG2701B02-4, SG2701G04-3, CM6224LB1-3, MNE001BS1-, SG9152J01-1, MAA250XB1-,

4

SG645AD06-1, MND307ZA1-1, ST4251B05-3, ST546AD20-H, ST7461D04-D, ST8461D02-, ST8461D05-2, TT5461D02-5, ST425HB06-1, ST746AD09-1, ST746AD10-1, ST5461D17-2, ST4251D02-4, SG2381B01-1 Ver 6.8, ST746AD07-1, SAE601BB1-3, SG4251B08-1, SNE007QS7-2, SG315HB08-4, LD320EUY-SQA6, SNE007QS2-3, MNE007ZA3-, MNE007ZA3-5, MNE007ZA3-4, MNE007ZA3-3, MNE007QS3-6, SG2361B02-7, MNE007QS3-A, MNE007QS3-, MNE507QS2-3, SG236AB02-8, SG2381B01-7, MNG007ZA1-3, MG2381B01-1, MG2381B04-, MG2381B04-2, SG238HB04-M, SG238HB04-5, SG2381B01-9, SG2381B04-2, SAF407DB1-, CM6954JB1-1, SG2451B01-1, SG2451B03-5, SG2451B02-, MG2701B05-3 Ver.2.1, MG2701B05-4, SG2701B05-4 Ver.2.2, ST6451D08-A Ver.1.1, SG2701B05-8 VH.2, SG270HB08-L, ST7461D03-9, SG856AD06-1, SG2701B01-7 Ver.6.1, SG2701B01-7 Ver.2.2, SG2701B01-7 Ver.2.8, PP8807DB2-1, PP8807DB2-4, LD750EQY-SMN1, SGA462S01-, SG2701G03-3 VH.4, SG2701B08-1 Ver.7.2, SHK001EA1-1, SG2701B08-1 VH.2, SG2701B08-1 VH.4, MG3402H01-1, SG2701B08-4 VH.3, SG2701B05-8 VH1, SG2701G03-2 VH.3, SG2701G03-2 VH.7, SG2701G03-2 VH.8, SG2701G03-2 Ver.0.1, SG2381B01-1 Ver.6.7, SG2381B01-1 Ver.6.6, SG2381B01-1 Ver 6.3, SG2381B01-1 Ver.6.2, SG2381B01-1 Ver.3.1, SG2381B01-1 Ver.2.7, SG2381B01-1 Ver.2.5, SG2381B01-1 Ver.2.2, SG2381B01-1Ver2.1, SG2381B01-1 Ver.2.A, SG2381B01-1 Ver.2.D, SG2381B01-1 Ver.0.3, SG2381B01-2 Ver.2.3, SG2381B01-2 Ver.2.2, SG3402H03-1 Ver.6.4, SG3402H03-1 Ver.6.2, SG3402H03-1 Ver.6.6, SG3402H03-1 Ver 6.7, SG3402H03-1 Ver.6.1, SG3402H03-1 Ver.6.5, SG3402H03-2 Ver.6.1, SG3402H03-2 Ver.6.2, SG3402H03-4 Ver 6.2, SG3402H03-4 Ver.6.3, SG3151B05-9 Ver.2.1, SG2381B02-4 VH.2, SG2381B02-4 Ver.2.1, SG2381B02-4 Ver.2.2, SG3151B05-9 Ver 2.8, SG2381B04-1 VH.2, SG2381B04-1 Ver.7.1, SG2381B04-1 Ver.7.2, SG2701G02-7 Ver.6.2, SG2151B06-1 Ver.2.1, SG2151B06-1 Ver.2.5, ST645AD13-, SG2381B04-3 VH.1, SG2381B04-3 VH.4, SG6451D03-2, SG746AD06-1, SG340AJ01-A, ST746AD08-1, ST746AD08-2, ST746AD08-, ST425AD02-8, SG975AD02-1, BM4300ZA1-2, MND307QS1-2, SG2701G03-3 VH.A, SG2701G03-3 VH.2, SG2701B04-, SG2704B01-A, SG2701G04-2 Ver.6.2, ST975AD02-2, ST975AD02-3, ST546AD20-G, ST546AD20-J, ST645AD08-D, ST6451D08-8, ST7461D06-2, ST746AD10-3, ST746AD10-2, SG425HD04-6, MG2381B04-1 VH.7, MG2381B04-1 VH.9, MG2701G03-1, MG2151B05-, MG2381B01-2 Ver.2.4, MG2381B01-2 Ver.6.2, MG2381B01-2 Ver.2.2, MG2381B01-2 Ver. 0.3, MG2381B02-1, MG2701B05-1, MG2701G03-2, MG2381B04-1 VH.3, MG215HB07-2, SNE007QS7-, ST6451D08-A Ver.2.1, MG2701B05-3 Ver.2.2, SG2701G03-1 VH.2, SG2381G01-1 VH.2, SG2381G01-1 VH.4, MG2381B01-4, SG2701B01-6 Ver.2.1, SG2701B01-D Ver.2.2, SG2701B01-D Ver.6.2, SG2361B02-3 Ver.2.1, SG2361B02-3 Ver.2.8, SG2361B02-3 Ver.6.1, SG2361B02-2 Ver.2.2, SG2361B02-2 Ver.2.1, BM6565LT1-, SG270AB02-6, BHA107LT1-1, MG546HB12-9 Ver.2.1, SG340AH04-2 Ver.6.1, SG2701B01-E, SG2701B01-G Ver.6.1, SG2701B01-G Ver.6.2, SG2701B01-F, SG2701B01-H, SG2701B05-3 Ver.2.2, SG2701B05-4 Ver.2.1, SG2701B05-4 VH.2, SG2701B08-4 Ver. 7.1, SG2701B04-1 Ver.6.2, SG2701B08-1 VH.5, MG5461B04-2

5

The following list identifies end consumer products by manufacturer/brand and product type that, on information and belief, use or incorporate CSOT LCD displays and were made, used, sold, offered for sale, imported, or used in the United States in the six years before this lawsuit was filed.

- **TCL televisions:** Q51K Series, 8-Series, 6-Series, 5-Series, 4-Series, 3-Series, S Class, Q Class, X11L Series, QM9K Series, QM8 Series, QM8K Series, QM7 Series, QM6K Series, Q7 Series, Q6 Series, S5 Series, S4 Series, S2 Series, S3 Series, P6K Series, X11K Series, RM9L, QM7L / C7L Series, 115" QD-Mini LED TV

- **TCL monitors:** 34R83Q series, 32R84 series, 32R84, 27R94, 34R84, 32G64, 27G64, 25G64

- **TCL smartphones:** NXTPAPER 70 Pro, K70 5G, K70, K70 Power, 60 XE NXTPAPER 5G, 50 & 60 Series, 50 XL NXTPAPER 5G, 50 XE NXTPAPER 5G, 50 XL 5G, 50 XE 5G, 50 LET, 60 SE, 40 Series & Budget "Ion" Series, 40 XL, 40 XE 5G, 40 X 5G, 40 T, Ion V, Ion X 30 Series & Stylus, Stylus 5G, 30 V 5G, 30 XE 5G, 30 XL, 30 SE, 30 5G, 30 LE, 20 Series, 20 Pro 5G, 20S, 20 SE, 20A 5G, 20 V 5G, 10 Series, 10 Pro, 10 5G UW, 10 SE, 10 L, Flip 4 5G, Flip 3, Flip 2, Flip Go, Flip Pro, Classic

- **TCL commercial digital signage:** TMN Series, TBN series, TEN series

- **Hisense televisions:** U65QF Series, U75QG Series, U8QG Series, 100UX Series, 116UX Series, 116UXS Series

- **Sony televisions:** K-89XR5, K-98XR50, X95K Series, X95L Series, BRAVIA 7, BRAVIA 9, BRAVIA 5, Z9K Series, X90L Series, BRAVIA 9 II Series, X95L Series, 98 inch TVs

- **Asus monitors:** ROG Strix XG49WCR, ROG Strix XG32VC, TUF Gaming VG34VQL1B, TUF Gaming VG32VQR, TUF Gaming VG27WQ1B

- **Acer monitors:** Predator Z57, KG271U, KGB271U, XV272U, VG272U, EDA323QU, ED320QU, ED323QU, XV240Y, VG240Y, ED270, ED273, XB273, XB273U, XB323U, X27, X32, SB222Q, SB243Y, SB272, KA242Y, KA270H, KA272, SA272U, SA322QU, CB282K, CB292CU, B277U, V277U, V247, B227Q, PM161Q, 16PM1Q, ED340CUR, ED240Q, SH272, EDS320Q, EK271, V7 V215, EK241Y, V176L, V7 V277K, VG271U, VG270, KG282K, XV322QK, CB242Y, XB273K, XB273KP, XB273KGP, XN253QX, XN253QP, CG437K, PSV27-2, XV345CKR, XV320QX, VG271, VG272, XV272, XV275K, XV322QU, XV282K, XV253Q, KG241Q, KG251Q, KG271, QG241Y, QG271, ED242QR, ED273A, ED320QR, ED322Q, ED347CKR, XZ270, XZ320Q, XZ342CK, XB253Q, XB283K, XB323QK, X34, X38, SB220Q, SB230, SB240Y, SB270, HA220Q, HA240Y, HA270, SA220Q, SA230, SA240Y, SA270, R240HY, R271, RT240Y, RT270, CB272, CB342CK, BL270, B247Y, B277, V226HQL, V246HQL, V276HL, EI242QR, EI272UR, EI322QUR, EI343CUR, EI491CR, G247HL, G276HL, KN242Y, H257HU, H277HU, XR342CK, XR382CQK, Predator Thronos, CZ340CK, DM431K, EB321HQU, EB490QK, PE270K, PE320QK, ConceptD CP3271K, ConceptD CP5271UV, ConceptD CP7271K, ConceptD CM2241W, ConceptD CM3271K, UT220HQL, UT241Y, T272HQL, PM161QC, UT221Q, FT200HQL, K202HQL, K242HQL, K272HLE, KA220HQ, KA240HQ, KA251Q, G227HQL, G237HL, G257HL, RG241Y, RG271, XF240H, XF243Y, XF250Q, XF270H, XF273, XZ272, XZ322QU, XZ396QU, ED246Y, ED272, ED322QA, Nitro XV272U, Nitro

6

KG241Y, Nitro VG271U, Vero V227Q, Vero V247Y, Vero B247Y, Vero B277, Vero BR277, Vero BR247, CB272U, CB242QU, CB322QK, SA241Y, SA271, SB241Y, SB271, Nitro QG240Y, Nitro QG270, Nitro ED270R, Nitro ED320Q, Nitro XZ270U, Nitro XZ320QU, Nitro XZ342CU, Predator XB253Q, Predator XB273U, Predator XB273K, Predator XB323QK, Predator X28, Predator X32, Predator X34, Predator X38, Nitro XV252Q, Nitro XV272, Nitro XV273, Nitro XV282K, Nitro XV322QK, Nitro XV340CK, Nitro VG220Q, Nitro VG240Y, Nitro VG270, Nitro VG280K, Nitro KG241, Nitro KG271, Nitro KG281K, K242HYL, K272HUL, V206HQL, V226WL, V246HL, B226HQL, B246HL, B276HUL, VG240Y, VG240YU, VG241YX, VG252QX, VG252Q, VG270U, VG271UM, VG271UP, VG272U, VG272UV, VG272X, VG281K, XV240Y, XV241Y, XV242Y, XV252QF, XV253QX, XV270, XV270U, XV271Z, XV272UK, XV272LV, XV272U, XV273K, XV273U, XV275K, XV280K, XV320QU, XV322QK, XV340CK, XV431CP, ED240Q, ED242QR, ED245Q, ED270R, ED270U, ED272A, ED273UR, ED320Q, ED320QR, ED322Q, ED323QUR, ED347CKR, KG221Q, KG241QS, KG241Q, KG251QF, KG251Q, KG271B, KG281K, KG282K, QG221Q, QG241Y, QG271, EG220Q, EG240Y, XZ242Q, XZ270U, XZ272X, XZ273UX, XZ306CX, XZ320Q, XZ322QU, XZ342CU, XZ396QU, XF240H, XF243Y, XF250QC, XF252Q, XF270H, XF273, XF274Y, XB241H, XB253Q, XB253QG, XB271HU, XB273K, XB273U, XB273UNV, XB273UGX, XB283K, XB323K, XB323UGX, X25, X27, X28, X32, X34, X35, X38, CG437K, CG48, CB241Y, CB242Y, CB242HY, CB271U, CB272U, CB272, CB273U, CB282K, CB292CU, CB322QK, CB342CK, B227Q, B247Y, B248Y, B277U, B277, BR277, V227Q, V247Y, V277U, V277, BL270, PE270K, PE320QK, CP3271K, CP5271U, CP7271K, CM2241W, CM3271K, KA220HQ, KA240HQ, KA242Y, KA270H, KA272, SA220Q, SA230, SA240Y, SA241Y, SA270, SA271, SA322QU, SB220Q, SB230, SB240Y, SB241Y, SB270, SB271, SB272, R240HY, R271, RT240Y, RT270, HA220Q, HA240Y, HA270, K202HQL, K242HQL, K242HYL, K272HLE, K272HUL, V176L, V196HQL, V206HQL, V226HQL, V226WL, V246HL, V246HQL, V276HL, PM161Q, PM161QC, 16PM1Q, UT220HQL, UT241Y, T272HQL, FT200HQL, G227HQL, G237HL, G247HL, G257HL, G276HL, KN242Y, H257HU, H277HU, EI242QR, EI272UR, EI322QUR, EI343CUR, EI491CR, CZ340CK, DM431K, EB321HQU, EB490QK, RG241Y, RG271, Vero RL242Y, Vero V227Q, Vero V247Y, Vero B247Y, Vero B277, Vero BR277, Vero BR247, CB272U, CB242QU, CB322QK, Nitro QG240Y, Nitro QG270, Nitro ED270R, Nitro ED320Q, Nitro XZ270U, Nitro XZ320QU, Nitro XZ342CU, Predator XB253Q, Predator XB273U, Predator XB273K, Predator XB323QK, Predator X28, Predator X32, Predator X34, Predator X38, Nitro XV252Q, Nitro XV272, Nitro XV273, Nitro XV282K, Nitro XV322QK, Nitro XV340CK, Nitro VG220Q, Nitro VG240Y, Nitro VG270, Nitro VG280K, Nitro KG241, Nitro KG271, Nitro KG281K, KB272, SH242Y, KG251Q, EZ321Q, CS2, CB3, CB2, V227Q, CB272K, V277 E, VG270, SA322Q, SB243Y, PM16W, B227Q, V277G, B247Y, PM191Q

- **MSI monitors:** MAG 27CQ6F, Optix G24C, Optix G241, Optix G271, Optix G27C4, Optix MAG241C, Optix MAG271C, Optix MAG272CQR, Optix MAG274QRF-QD, Optix MAG321CQR, Optix MAG342CQR, Optix MPG27CQ, Optix MPG341CQR, Oculux NXG251R, Oculux NXG253R, Prestige PS341WU, Creator PS321QR,

Modern MD241P, Modern MD271P, Modern MD272QP, PRO MP241, PRO MP242, PRO MP271, G241V, G271V, G24C4, G27C5, G273, G273QF, G274QPF-QD, G32C4, G321Q, G32C4 E2, MAG241CV, MAG251RX, MAG271V, MAG272CRX, MAG273R, MAG274R, MAG274QRF, MAG301CR2, MAG322CQR, MAG341CQ, MPG27C, MPG321UR-QD, MPG341QR, MPG491CQR, Modern MD241, Modern MD271, Modern MD272, PRO MP221, PRO MP243, PRO MP273, Summit MS321UP, G242, G244F, G253PF, G272, G272F, G274F, G274QRFW, G27C6, G27C7, G321C, G322C, MAG270VC2, MAG272C, MAG274QRF QD, MAG281URV, MAG321CURV, MAG321QR, MAG322CQV, MAG325CQRF-QD, MAG342CQRV, MPG271QR, MPG321CR-QD, Modern MD2412P, Modern MD2712P, PRO MP223, PRO MP251, PRO MP271P, G2412, G242P, G251F, G271C, G272QPF, G274QPX, G322QPF, G32C6, MAG245R, MAG271CQR, MAG272QP, MAG274, MAG275CQRF-QD, MAG281CR, MAG321UX, MAG322CQRV, MAG345CQR, MPG27CQ2, MPG341CQRV, Modern MD241P Ultramarine, Modern MD271P Ultramarine, PRO MP241X, PRO MP242P, PRO MP273A, G241C, G243, G271CQ, G272C, G274QPF, G27CQ4, G32CQ4, MAG241CR, MAG272, MAG273, MAG274UQR-QD, MAG301RF, MAG322CR, MAG342CQRW, MPG341QR QD, Modern MD241P-W, Modern MD271P-W, PRO MP242V, PRO MP273QP, G242C, G271CQR, G273QPF, G274UCX, G27C4 E2, G32CQ4 E2, MAG271QP, MAG272QR, MAG274UQR, MAG321UX QD, MAG325CQRX-QD, MPG321UR QD, Modern MD241-W, Modern MD271-W, PRO MP243X, PRO MP275, G24C6, G272QP, G274, G27C5 E2, MAG271R, MAG272V, MAG274R2, MAG322CQR-QD, MPG274URF-QD, Modern MD2412, Modern MD2712, PRO MP245, PRO MP275Q, G2732, G274CV, G27C6 E2, MAG272CR, MAG274UQR QD, MAG322CQ, MPG274URF, PRO MP252, PRO MP275XP

- **AOC/Philips monitors:** Q24G4RE, Q27G3XMN, Q27G40XMN, Q27G41XMN, Q27G4XM, U32G4ZMN, U27G4XM, Q27G42XNE
- **Xiaomi monitors:** A24i
- **Titan Army monitors:** P2510HS
- **Lenovo laptops and tablets:** ThinkPad T16 Gen 1, ThinkPad P1 Gen 4, ThinkPad P16 Gen 1, ThinkPad P16s Gen 1, ThinkPad T14 Gen 3, ThinkPad T14s Gen 3, ThinkPad P14s Gen 3, ThinkPad P14s Gen 4, ThinkPad X1 Carbon Gen 9, Yoga Pro 9i Gen 8, Slim Pro 9 14IRP8, Legion S7 16ARHA7, Legion R27fc-30
- **Samsung televisions:** TU7000 Series, AU7000 Series, AU8000 Series, BU8000 Series, CU7000 Series, CU8000 Series, DU7000 Series, DU8000 Series, Q60 Series, Q70 Series, Q80 Series, QN85 Series, QN90A Series, QN90B Series, QN90C Series, QN90D Series, QN95 Series, QN800 Series, QN900 Series, The Frame Series, QNC990 Series
- **Samsung monitors:** Odyssey G9 Series, Odyssey Neo G9 Series, Odyssey G7 Series, Odyssey Neo G7 Series, Odyssey G5 Series, Odyssey G3 Series, Odyssey Ark Series
- **Samsung smartphones:** Samsung A series
- **Samsung commercial digital signage:** QHB series, QMB series, QBB series, QHC series, QMC series, VHR-R series, VMT-E series
- **Motorola smartphones:** Moto G series
- **Viewsonic commercial digital signage:** CDE92UW, XG341C-2K, VX3418C-2K, VX3218-PC-MHD, VX2718-2KPC-MHD

8

- **Iiyama commercial digital signage:** ProLite LH9251UWS-B1AG, ProLite TE9218UWI-B1AG